UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UBONG BASSEY OBOTETTE (OBONG),

                Plaintiff,

-against-

NATIONAL FOOTBAL LEAGUE,

                Defendant.

20-CV-0876 (CM)

CIVIL JUDGMENT

Pursuant to the order issued February 21, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 21, 2020
           New York, New York

                                            COLLEEN McMAHON
                                      Chief United States District Judge